## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JUDY YOUNG CROWE** | CIVIL ACTION NO: 10-2838 |
| | SECTION "K" / DIVISION: 3 |
| **VERSUS** | |
| | JUDGE: STANWOOD R. DUVAL, JR. |
| **SOUTHEAST COMMUNITY** | |
| **HEALTH SYSTEMS** | MAGISTRATE: DANIEL E. KNOWLES, III |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### JOINT MOTION TO STAY ALL PENDING DEADLINES AND INCORPORATED MEMORANDUM IN SUPPORT

**NOW INTO COURT** through undersigned counsel, come Plaintiff, Judy Crowe ("Plaintiff"), and Defendant, Southeast Community Health Systems ("Defendant") (collectively, the "Parties"), and jointly move this Court to stay all pending deadlines effective March 4, 2013. The Parties further request the removal of this case from the trial docket, currently scheduled for April 29, 2013, and for the cancellation of the pretrial conference, currently scheduled for April 4, 2013. As grounds for said Motion, the parties aver as follows:

1. On February 25, 2013, Plaintiff filed a Motion to Continue All Deadlines and settings, including, but not limited to, discovery, dispositive motion, pretrial conference and trial.

2. As grounds for said Motion, Plaintiff disclosed the existence of a new witness, Gwen Atkins, who, Plaintiff states, will not agree to testify until after the resolution of her criminal trial. Ms. Atkins' criminal trial is set for the week of Monday, March 4, 2013 in the 21st Judicial District Court for the State of Louisiana, and is currently second on the docket.

3. While Defendant does not agree to the allowance of Ms. Atkins as a witness at this time, and specifically reserves objections to the same, the Parties agree that some extensions of time are in order. Further, Ms. Atkins' criminal trial next week, pending any appeal, should further clarify the Parties' positions with respect to her appearance as a witness in this case.

4. Throughout the discovery period, the Parties have diligently worked to complete discovery in this case, which has involved an unusual amount of both depositions and document requests. Despite the Parties' best efforts, some discovery issues remain unresolved and/or are in need of supplementation. For example, a narcotic logbook was recently located and produced, and both Parties need additional time to determine the impact of the same. A stay of formal proceedings would allow the Parties the time needed to voluntarily resolve as many of these remaining issues as possible without involving the Court.

5. Further, the dispositive motion, motion in limine and trial deadlines, and all pending deadlines which have not already expired, will be impacted by the Parties' further discovery efforts and by the resolution of remaining issues, including whether Ms. Atkins will be allowed as a witness. For those reasons, the Parties agree that all remaining deadlines should be stayed, and that the trial and pretrial conference should be removed from the Court's docket.

6. The Parties can report to the Court relatively quickly, on or before the week of March 11, 2013, regarding the anticipated resolution of the stay and the Parties' positions with respect to further discovery.

WHEREFORE, Plaintiff and Defendant respectfully pray for entry of the attached Order Staying Proceedings.

*/s/Christa Hayes Forrester*
Alex J. Peragine, La. Bar No. 19097
Christa Hayes Forrester, T.A., La. Bar No. 33133
527 East Boston Street, Suite 201
Covington, Louisiana 70433
Telephone:  (985) 292-3500
Facsimile:  (985) 292-3501
Email: alex@plalaw.com
         christie@plalaw.com

Attorneys for Defendant, Southeast Community Health Systems, Inc.

*/s/J. Courtney Wilson*
J. Courtney Wilson
1510 Veterans Boulevard
Metairie, Louisiana 70005
Telephone: (504)832-0585
Facsimile: (504)846-2400
Email: cwilson@courtlaw.net

Attorney for Plaintiff, Judy Young Crowe