UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JUDY YOUNG CROWE** | CIVIL ACTION NO: 10-2838 |
| **VERSUS** | SECTION "K" / DIVISION: 3 |
| **SOUTHEAST COMMUNITY HEALTH SYSTEMS** | JUDGE: STANWOOD R. DUVAL, JR. |
| | MAGISTRATE: DANIEL E. KNOWLES, III |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

**IT IS HEREBY ORDERED** that upon joint motion of the parties, this matter is STAYED pending further motion by the Parties and/or action of the Court, and that the pretrial conference set for April 4, 2013, and the trial current set for April 29, 2013, are hereby removed from the docket.

New Orleans, Louisiana, this ___ day of _____, 2013.

_____
**J U D G E**